UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KATHLEEN GILBREATH, Plaintiff | ) | |
| v. | ) | Civil Action No. 11-30229-PBS |
| J.C. PENNEY CORP., INC., Defendant | ) | |

REPORT AND RECOMMENDATION WITH REGARD TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Document No.29)
June 4, 2013

NEIMAN, U.S.M.J.

Presently before the court is a motion for summary judgment by J.C. Penney Corporation ("Defendant") regarding a claim of age discrimination brought by its former employee, Kathleen Gilbreath ("Plaintiff"). In a one count complaint, Plaintiff has alleged age discrimination in violation of Mass. Gen. Laws ch. 151B. Defendant's motion has been referred to this court for a report and recommendation. *See* 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). For the reasons which follow, the court will recommend that the motion be allowed.

## I. Standard of Review

When ruling on a motion for summary judgment, the court must construe the facts in a light most favorable to the non-moving party. *Benoit v. Technical Mfg. Corp.*, 331 F.3d 166, 173 (1st Cir. 2003). Summary judgment is appropriate when "there is no genuine issue as to any material fact" and "the moving party is entitled to judgment as a

7/1/13 I adopt the report and recommendation and dismiss the action without opposition. Patti B Saris